UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20621-CR-SEITZ

UNITED STATES OF AMERICA,

v.

HENRY FEDOR,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Deric Zacca, Esq. for fees and expenses be paid in the amount of $8,858.93, and $1,600.00 in investigative fees, after the adjustments outlined in the R&R. The Court has reviewed Judge Palermo's R&R and concurs with his analysis and observations. There being no objections, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED, and made the Order of the District Court, as follows: Mr. Zacca shall be paid $8,858.93 as fair compensation for his work on this case, and $1,600.00 for investigative fees.

DONE AND ORDERED in Miami, Florida this 30th day of May, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Deric Zacca, Esq.
Lucy Lara, CJA Administrator